UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>ABEL MORALES LOPEZ,<br><br>                        Defendant. | Case No.: 3:23-CR-01134-RBM<br><br>**ORDER GRANTING MOTION FOR BOND RECONSIDERATION**<br><br>**[ECF No. 14]** |

Before the Court is Abel Morales Lopez' ("Defendant") Motion for Bond Reconsideration. ECF No. 14. At Defendant's Initial Appearance on May 17, 2023, the Court held a hearing on the Government's motion to detain Defendant based on a serious risk of flight. ECF No. 6. The Court granted the Government's motion, finding that the Government had shown by a preponderance of the evidence that there is a serious risk Defendant would flee if released pending trial and that no condition or combination of conditions of release would reasonably assure Defendant's appearance as required. ECF No. 8. The Court found that the following factors supported an order of detention: the nature and circumstances of the offense; criminal history; subject to removal or deportation after serving any period of incarceration; and the weight of the evidence against Defendant is strong (although the least important factor). *Id.* At the detention hearing, however, the Court invited Defendant to submit a motion for reconsideration of the detention order if

Defendant could provide more information regarding potential sureties, his criminal history, and where Defendant would live on bond. ECF No. 13, at 8:14-9:1.

Defendant took the Court up on that invitation and now seeks reconsideration. Defendant requests that the Court set pretrial release conditions including a $20,000 personal appearance bond secured by the signature of one financially responsible adult. ECF No. 14, at p. 15. The Court finds that this matter is suitable for determination without a hearing. *United States v. Dodd*, No. 20-cr-0016, 2020 WL 1547419, at *1 (D. Minn. Apr. 1, 2020); *United States v. Martin*, No. PWG-19-140-13, 2020 WL 1274857 (D. Md. Mar. 17, 2020) (no requirement to hold a hearing on request for reconsideration of order of detention).

## I.  Summary of Positions

Defendant argues that conditions of pretrial release can be set to mitigate any risk of flight, and proffers the following information to support that argument. Defendant has strong ties to the United States, and particularly to Escondido, California. Defendant is married and has three children, including two who have not graduated from high school. He has other family in the area, two of whom are minors. Several people submitted letters to the Court testifying to Defendant's character and expressing their support for him. Defendant's former employer is willing to serve as his surety. Defendant argues that he does not present a serious risk of flight given his strong ties to the community and the extreme financial hardship that absconding would cause his family. Defendant also points out that he has a history of appearing as ordered while on bond.

The Government argues that Defendant's motion is not based on sufficient new information to reopen the Court's prior determination that detention was appropriate. The Government argues that Defendant's deportation record, status as a non-citizen, and criminal history demonstrate that he poses a serious risk of flight.

## II.  Analysis

The Court disagrees with the Government that Defendant has failed to present any sufficient new information to support reconsideration. The Court's Order of Detention was

entered without prejudice based on the limited information available on the date of Defendant's initial appearance, and suggested that the Court would reconsider the order if certain information was presented. Defendant has provided the requested information and the Court is now persuaded that any flight risk can be mitigated through conditions of release. Defendant's family situation leaves him with little incentive to flee. He has young children whom he could help supervise and support, and failing to appear would bring significant financial harm to his family. The Court finds that the requested $20,000 personal appearance bond, secured by the signature of one financially responsible adult, will be sufficient to reasonably ensure Defendant's appearance.

Therefore, the Court **GRANTS** Defendant's Motion for Bond. The Court will enter a separate Pretrial Release Order setting forth the specific conditions of release.

**IT IS SO ORDERED.**

Dated:  June 21, 2023

Honorable Allison H. Goddard
United States Magistrate Judge